

Monique M. Drake, Gibson, Dunn & Crutcher LLP, Denver, CO, for Defendants–Appellants.

Before: BRYSON, SCHALL, and DYK, Circuit Judges.

ON MOTION

*ORDER*

Appellants move without opposition to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted, and the appeal is dismissed.

(2) Each side shall bear its own costs.

**Salahdine SABREE, Plaintiff–Appellant,**

**v.**

**UNITED STATES, Defendant–Appellee.**

**No. 2010–5041.**

United States Court of Appeals, Federal Circuit.

Oct. 1, 2010.

Michael D.J. Eisenberg Law Office of Michael D.J., Washington, DC, for Plaintiff–Appellant.

**ORDER**

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**In re K. Jon KERN, Joseph Bird, and Brooke Hartman.**

**No. 2010–1237.**

United States Court of Appeals, Federal Circuit.

Oct. 4, 2010.

Reed R. Heimbecher, Heimbecher & Associates, LLC, Hamel, MN, for Brooke Hartman.

Raymond T. Chen, Patent & Trademark Office, Arlington, VA, for David J. Kappos, Director, U.S. Patent and Trademark Office.

Reed R. Heimbecher, Heimbecher & Associates, LLC, Hamel, MN, for Joseph Bird.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

## GENERAL CASUALTY COMPANY OF WISCONSIN, Appellant,

v.

## AMERISURE MUTUAL INSURANCE COMPANY, Appellee.

No. 2010–1422.

United States Court of Appeals, Federal Circuit.

Oct. 4, 2010.

Glenn E. Forbis, Rader, Fishman & Grauer PLLC, Bloomfield Hills, MI, for Appellee.

James D. Peterson, Roxana Wizorek, Godfrey & Kahn, S.C., Madison, WI, for Appellant.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

## SP TECHNOLOGIES, LLC, Plaintiff–Appellee,

v.

## GARMIN INTERNATIONAL, INC., Defendant–Appellee,

and

## Tomtom, Inc., Defendant–Appellee,

v.

## Peter Boesen, Movant–Appellant.

No. 2010–1497.

United States Court of Appeals, Federal Circuit.

Oct. 4, 2010.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.